**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | VANMOOF B.V. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** <br><br> ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br><br> ☑ Other 34227663. Describe identifier Dutch registration number. <br><br> **For individual debtors:** <br><br> ☐ Social Security number: xxx – xx– ___ ___ ___ ___ <br><br> ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___ <br><br> ☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Johannes A.H. Padberg and Robin P.A. de Wit |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Case Number: C/13/23/204 F |
| 5. | **Nature of the foreign proceeding** | *Check one:* <br> ☑ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br><br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br><br> ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br> _____ <br> _____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☑ Yes |

| | | | |
|---|---|---|---|
| Debtor | VANMOOF B.V._____ | Case number (*if known*)_____ | |
| | Name | | |

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

    (i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Netherlands_____

**Debtor's registered office:**

Mauritskade 55 H_____
Number         Street

_____
P.O. Box

Amsterdam                                   1092 AD_____
City            State/Province/Region     ZIP/Postal Code

The Netherlands_____
Country

**Individual debtor's habitual residence:**

_____
Number         Street

_____
P.O. Box

_____
City            State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

1008 AC_____
Number         Street

P.O Box 7925_____
P.O. Box

Amsterdam_____
City            State/Province/Region     ZIP/Postal Code

The Netherlands_____
Country

10. **Debtor's website** (URL)   https://www.vanmoof.com/nl-NL

11. **Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other.  Specify: _____

❑ Individual

Debtor __VANMOOF B.V._____  Case number (*if known*)_____
       Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     Johannes Albertus Henricus Padberg
Signature of foreign representative    Printed name

Executed on   08/18/2023
              MM / DD / YYYY

✗ _____     Robin Pieter Alexander de Wit
Signature of foreign representative    Printed name

Executed on   08/18/2023
              MM / DD / YYYY

**14. Signature of attorney**

✗ *Albena Petrakov*_____   Date   08/18/2023
Signature of Attorney for foreign representative    MM / DD / YYYY

Albena Petrakov
Printed name

Offit Kurman, P.A.
Firm name

590 Madison Ave
Number    Street

New York                              NY         10022
City                                  State      ZIP Code

(212) 380-4106                        apetrakov@offitkurman.com
Contact phone                         Email address

4823274                               NY
Bar number                            State