# EXHIBIT 1

I, Gudule Sophia Maria Geelen,
a sworn English translator with a Dutch law degree,
entered into the Register of Sworn Interpreters and
Translators (*Register Beëdigde Tolken en Vertalers*)
under number 2756,

CERTIFY that the document in English attached hereto is a full, true and faithful translation of a judgment of the Amsterdam District Court pronouncing the bankruptcy of Vanmoof B.V.
An apostilled certified copy of the Dutch judgment is attached to my translation.

WITNESS my hand and stamp,
this 15th day of August 2023.

Ms. G.S.M. Geelen LL.M.



# judgment

COPY

**AMSTERDAM DISTRICT COURT**

Private Law Division

suspension of payments number: C13/23.21 S
bankruptcy number: C/13/23/204 F

By order of this District Court dated 13 July 2023:

**Vanmoof B.V.**, a private limited liability company
registered with the Dutch Chamber of Commerce under number 34227663,
having its corporate seat in Amsterdam
and its principal place of business at Mauritskade 55 H in (1092 AD) Amsterdam,
trading under the name of Strida Europe
trading under the name of VANMOOF,

was granted a provisional suspension of payments, with appointment of Messrs. J.A.H. Padberg LL.M. and R.P.A. de Wit LL.M. as administrators.

By letter of 14 July 2023, which letter was also presented for approval to the aforementioned company's director, Mr. R.P.A. de Wit has requested this Court to withdraw the suspension of payments and to declare the company presently under suspension of payments bankrupt.

The Court has established that there is no prospect whatsoever that the debtor will be able to satisfy its creditors over time, and that the debtor is in a situation where it has ceased to pay.

By virtue of the provisions of Article 3 of EU Regulation 2015/848 of the European Parliament and the Council of the European Union, the District Court has jurisdiction to open these main proceedings, as the center of the debtor's main interests is in the Netherlands.

**The decision**

The District Court:

- withdraws the provisional suspension of payments granted to the aforementioned Vanmoof B.V.;



bankruptcy number: C/13/23/204 F
judgment date: 17 July 2023

- orders the bankruptcy of the aforementioned Vanmoof B.V., appoints Ms. W.M. de Vries LL.M., a judge of this District Court, as bankruptcy judge and appoints Messrs. J.A.H. Padberg LL.M. and R.P.A. de Wit LL.M., lawyers in (1008 AC) Amsterdam at P.O. Box 7925, as trustees;

- rules that the trustees will open letters and telegrams addressed to the bankrupt company;

- rules that the administrators' fees and any other expenses incurred during the suspension of payments will be determined by separate court order;

- rules that, for a period of two months counting from the day on which the provisional suspension of payments was pronounced on 13 July 2023 including the day of that pronouncement, i.e. until 13 September 2023, any right of recourse of third parties in respect of assets in the bankrupt estate and any claim on assets controlled by the bankrupt company or the trustee may not be exercised without the bankruptcy judge's authorization.

This judgment was pronounced by Ms. A.E. de Vos in open court on 17 July 2023 at 10:15 a.m.

[Signatures]

**CERTIFIED A TRUE COPY**
**THE REGISTRAR OF THE AMSTERDAM DISTRICT COURT**
[Registrar's signature]

A P O S T I L L E
(Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   this public document
2. has been signed by **D. Leijdeckers**
3. acting in the capacity of deputy registrar at the Amsterdam District Court
4. bears the seal/stamp of the aforementioned District Court

Certified a true copy

5. in Amsterdam
6. on 25 July 2023
7. by the Registrar of the Amsterdam District Court
8. under number: 17703
9. Seal/stamp:
10. Signature:
    [Signature]
    F. Wardenaar

[STAMP OF THE AMSTERDAM DISTRICT COURT]





ISSUED AS A TRUE COPY of a document that has been shown to me and that has been returned to its presenter after having been compared with the original, by me, Simone Pauline Félicienne Bougie, assigned civil law notary to Francisca Theodora Henriëtte van Loon-Vercauteren, civil law notary in Amsterdam, the Netherlands.

This statement explicitly contains no judgment as to the contents of the attached document.

This statement may only be relied upon on the condition that the interpretation thereof and any possible liability relating thereto or resulting therefrom be subject to the laws of the Netherlands and all issues and conflicts relating thereto be the exclusive jurisdiction of the Netherlands courts. Our liability shall at all times be limited to the amount which is paid out under our partnership's professional liability insurance policy. This statement is furthermore subject to the general terms and conditions of HVG Law LLP, containing a limitation of liability.

Amsterdam, the Netherlands, 25 July 2023.





## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   This public document
2. has been signed by **mr. S.P.F. Bougie**
3. acting in the capacity of assigned civil law notary at Amsterdam
4. bears the seal/stamp of the notary mr. F.Th.H. van Loon-Vercauteren

Certified

5. in Amsterdam
6. on 26-07-2023
7. by the registrar of the district court of Amsterdam
8. no. 17762

9. Seal/stamp:
10. Signature:

S. Chemrouki



# vonnis

AFSCHRIFT

**RECHTBANK AMSTERDAM**

Afdeling privaatrecht

surseancenummer: C13/23.21 S
faillissementsnummer: C/13/23/204 F

Bij beschikking van deze rechtbank van 13 juli 2023 is aan:

de besloten vennootschap
**Vanmoof B.V.**,
ingeschreven bij de Kamer van Koophandel onder nummer 34227663,
statutair gevestigd Amsterdam,
vestigingsadres: 1092 AD Amsterdam, Mauritskade 55 H,
handelend onder de naam Strida Europe,
handelend onder de naam VANMOOF,

voorlopige surseance van betaling verleend, met benoeming van mrs. J.A.H. Padberg en R.P.A de Wit tot bewindvoerders.

Bij brief van 14 juli 2023, welke brief mede voor akkoord is gezien door de bestuurder van voornoemde vennootschap, heeft mr. R.P.A. de Wit verzocht de voorlopig verleende surseance van betaling in te trekken en de thans gesurseëerde in staat van faillissement te verklaren.

De rechtbank is gebleken dat het vooruitzicht dat schuldenares na verloop van tijd haar schuldeisers tevreden zal kunnen stellen niet bestaat en dat schuldenares verkeert in de toestand dat zij heeft opgehouden te betalen.

De rechtbank is gelet op het bepaalde in artikel 3 van verordening (EU) 2015/848 van het Europees parlement en de raad van de Europese Unie bevoegd deze hoofdprocedure te openen, nu het centrum van de voornaamste belangen van schuldenares in Nederland ligt.

**De beslissing**

De rechtbank:

- trekt in de aan Vanmoof B.V. voornoemd voorlopig verleende surseance van betaling;

- verklaart Vanmoof B.V. voornoemd in staat van faillissement, benoemt mr. W.M. de Vries, lid van deze rechtbank, tot rechter-commissaris en stelt mrs. J.A.H. Padberg en R.P.A. de Wit, advocaten te 1008 AC AMSTERDAM, Postbus 7925 aan tot curatoren;

- bepaalt dat de curatoren brieven en telegrammen gericht aan gefailleerde zal openen;

- bepaalt dat het loon van de bewindvoerders en de overige in de surseance van betaling gemaakte kosten in een afzonderlijke beschikking zullen worden vastgesteld;

faillissementsnummer: C/13/23/204 F
uitspraakdatum: 17 juli 2023

2

- bepaalt dat elke bevoegdheid van derden tot verhaal op tot de boedel behorende goederen of tot opeising van goederen die zich in de macht van gefailleerde of de curator bevinden voor een periode van twee maanden niet zonder machtiging van de rechter-commissaris kan worden uitgeoefend, te rekenen van de dag van de uitspraak tot verlening van voorlopige surseance van betaling van 13 juli 2023, die dag daaronder begrepen, derhalve tot 13 september 2023.

Dit vonnis is gewezen door A.E. de Vos en in het openbaar uitgesproken op 17 juli 2023 te 10.15 uur.

VOOR AFSCHRIFT CONFORM
DE GRIFFIER VAN DE RECHTBANK TE AMSTERDAM

### APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Land: NEDERLAND
   Deze openbare akte
2. is ondertekend door **D. Leijdeckers**
3. handelende in hoedanigheid van waarnemend-griffier bij de Rechtbank te Amsterdam
4. is voorzien van het zegel/stempel van voornoemde rechtbank

Voor echt verklaard

5. te Amsterdam        6. op 25-07-2023
7. door de Griffier van de Rechtbank Amsterdam
8. onder nummer: 17703

9. Zegel/stempel:        10. Ondertekening:

F. Wardenaar

