# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 5, 2024

Camille C. Bent
direct dial: 212.589.4613
cbent@bakerlaw.com

Hon. Jil Mazer-Marino
Eastern Districty Court of New York
Bankruptcy Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re: *Amended Motion of Robert Mallin and Melissa Rosenfield for an Order (a) Granting Limited Relief from the Automatic Stay to Resume Litigation and Proceed to Judgment Pursuant to 11 U.S.C. §§ 105(a) and 362 and (b) Granting Certain Related*; In re VanMoof, B.V., Case no. *23-42965-jmm*

Dear Judge Mazer-Marino:

We represent Mr. Robert Mallin and Ms. Melissa Rosenfield in the above-referenced matter.

This letter is to confirm that the parties have reached a settlement and the stipulation and proposed order has been submitted to the court. We respectfully request that the hearing scheduled for March 6, 2024 at 10:00 a.m. be removed from the calendar.

If the Court has any questions, please do not hesitate to have a member of Your Honor's staff contact the undersigned.

March 5, 2024
Page 2

Respectfully,

*/s/ Camille C. Bent*
Camille C. Bent
Partner

cc:    Albena Petrakov, Esq., Counsel for the Foreign Representatives
       Office of the U.S. Trustee